**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1387**

ROBERT V. RODGERS,

       Plaintiff - Appellant,

    v.

PREFERRED CAROLINAS REALTY, INC.; JAMES E. ALLEN, JR.; JIM
ALLEN GROUP, INC.; HARRY JAMES THORPE,

       Defendants – Appellees,

    and

RANDALL EICHORN; LISA EICHORN; W. SIDNEY ALDRIDGE; NICHOLLS
& CRAMPTON, PA,

       Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge. (5:13-cv-00764-FL)

Submitted: January 27, 2017      Decided: February 2, 2017

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

R. Hayes Hofler, III, HAYES HOFLER, PA, Durham, North Carolina,
for Appellant.  Bryan T. Simpson, Natalia K. Isenberg, TEAGUE,
CAMPBELL, DENNIS & GORHAM, L.L.P., Raleigh, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert V. Rodgers appeals from the district court's order sua sponte granting reconsideration of a prior order and entering summary judgment in favor of the Defendants as to all of Rodgers' claims. We have reviewed the record included on appeal, including the district court's opinions, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. In re Rodgers (Rodgers v. Preferred Carolinas Realty, Inc.), No. 5:13-cv-00764-FL (E.D.N.C. Mar. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED